**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| MEDICIS PHARMACEUTICAL CORPORATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 1:08-cv-0539-PLM ) Hon. Paul L. Maloney |
| PERRIGO ISRAEL PHARMACEUTICALS, LTD. and PERRIGO COMPANY, | ) ) ) |
| Defendants. | ) ) |

**CORPORATE DISCLOSURE STATEMENT PURSUANT TO
FED. R. CIV. P. 7.1**

Defendants Perrigo Israel Pharmaceuticals, Ltd. and Perrigo Company, by and through its attorneys and in accordance with Federal Rule of Civil Procedure 7.1(a), state as follows:

Perrigo Company, a publicly held corporation, has no parent company.

Perrigo Israel Pharmaceuticals, Ltd. is wholly owned by Perrigo Company, a publicly held corporation.

Dated: November 4, 2008  Respectfully submitted,

By:     /s/

| OF COUNSEL:<br>Christine J. Siwik<br>William A. Rakoczy<br>Alice L. Riechers<br>RAKOCZY MOLINO MAZZOCHI<br>  SIWIK LLP<br>6 West Hubbard Street, Suite 500\<br>Chicago, IL 60654<br>(312) 222.6304 (telephone)<br>(312) 222.6324 (facsimile) | Richard A. Gaffin<br>MILLER CANFIELD PADDOCK AND<br>  STONE, P.L.C.<br>99 Monroe N.W., Suite 1200<br>Grand Rapids, MI 49503<br>(616) 776-6305 (telephone)<br>(616) 776-6322 (facsimile) |

*Attorneys for Defendants Perrigo Israel Pharmaceuticals, Ltd., and Perrigo Company.*

## CERTIFICATE OF SERVICE

I certify that the foregoing CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1, was served this 4th day of November 2008, upon the following counsel via CM/ECF.

Brian D. Wassom
Honigman Miller Schwartz and Cohn LLP
Attorneys for Plaintiff
2290 First National Building
Detroit, MI 48226
(313) 465-7594
bdw@honigman.com


| | |
|---|---|
| Matthew D. Powers<br>Weil, Gotshal, & Manges, LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>Matthew.Powers@weil.com<br>(650) 802-3000 | Nicolas G. Barzoukas<br>Jason C. Abair<br>John R. Lane<br>Weil, Gotshal & Manges, LLP<br>700 Louisiana, Suite 1600<br>Houston, TX 77002<br>(713) 546-5062<br>Nicolas.Barzoukas@weil.com<br>Jason.Abair@weil.com<br>John.Lane@weil.com |


/s/
Richard A. Gaffin